IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH MOULTRIE, JR.,<br><br>Defendant. | CASE NO. 4:24-cr-99 |

**O R D E R**

On December 2, 2024, the parties filed their Joint Status Report. Doc. 23. In that Report, the parties state all pretrial motions have been satisfied or otherwise resolved. The report also states that a plea agreement has been reached. There being no pretrial motions pending before the Court, the motions hearing scheduled for January 23, 2025 at 10:00 a.m. is cancelled.

**SO ORDERED**, this 3rd day of December, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA