UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 4:24-CR-99 |
| | ) |
| KENNETH MOULTRIE, JR. | ) |
| | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on or about January 15, 2025, Kenneth Moultrie, Jr. (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1) (Doc. 26);

WHEREAS, on March 3, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- Glock, model 22, .40 caliber pistol, S/: HMR030;
- Sixteen (16) rounds of .40 caliber ammunition recovered by law enforcement on April 24, 2024; and
- .40 caliber magazine recovered by law enforcement on April 24, 2024

("Subject Property") was property forfeitable to the United States (Doc. 32);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning March 6, 2025, through and including April 4, 2025 (Docs. 39 and 39-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED** this 6 day of August, 2025.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA